AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| ROBERT BAILEY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-02907-MHC-LTW |
| FULTON COUNTY SCHOOL DISTRICT, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Fulton County School District; Dr. Michael Looney, Dr. Emily Bell.

Date:  10/11/2022

/s/ Brian D. Stoltz
*Attorney's signature*

Brian D. Stoltz - GA Bar No. 648725
*Printed name and bar number*
PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street NE, Suite 1500
Atlanta, GA 30309

*Address*

brianstoltz@parkerpoe.com
*E-mail address*

(678) 690-5730
*Telephone number*

(404) 869-6972
*FAX number*