

**Brandon O. Moulard**
*Partner*
t:  470.240.3042
f:  404.869.6972
brandonmoulard@parkerpoe.com

Atlanta, GA
Charleston, SC
Charlotte, NC
Columbia, SC
Greenville, SC
Raleigh, NC
Spartanburg, SC
Washington, DC

October 24, 2022

The Honorable Mark Cohen
ATTN:  Courtroom Deputy
US District Court for the Northern Dist. of Georgia
1921 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

      Re:    Notice of Leave of Absence

To Whom It May Concern:

I respectfully notify this Court, including all affected Clerks of Court and all opposing counsel that pursuant to Local Rule LR 83.1 (E)(4) regarding leaves of absence, I will be on pre-scheduled vacation on the following dates:

- **December 7-12, 2022**
- **February 16-21, 2023**

Thank you for your consideration and please do not hesitate to contact me with any questions or concerns.

Sincerely,

Brandon Moulard

**EXHIBIT "A"**

| Name of Case | Judge & Court | Opposing Counsel |
|---|---|---|
| ***Richard Bailey v. Fulton County School District***<br>Case No. 1:22-cv-02907-MHC-LTW | Hon. Mark Cohen<br>US District Court for the Northern District of Georgia | Artur Davis, Esq.<br>HKM Employment Attorneys<br>2024 3rd Ave. N Suite 307<br>Birmingham, AL 35203<br>205-881-0935<br>adavis@hkm.com<br>jwalker@hkm.com |
| ***Joyce Thomas v. Atlanta Public Schools***<br>Case No. 1:20-cv-04581-MHC-JSA | Hon. Mark Cohen<br>US District Court for the Northern District of Georgia | Omer Khwaja, Esq.<br>110 Wall St., #3-049<br>New York, NY<br>okhwaja@tkolawoffices.com |
| ***Spencer Jordan v. Cobb County School District, et al.***<br>Case No. 1:21-cv-03236-MHC-JKL | Hon. Mark Cohen<br>US District Court for the Northern District of Georgia | Robyn Oliver Webb, Esq.<br>Mary Paige Gray, Esq.<br>HOFFER & WEBB, LLC<br>3190 Northeast Expressway Suite 430<br>Chamblee, Georgia 30341<br>rwebb@hofferwebb.com<br>mgray@hofferwebb.com |